LEMAN W. TYLER, Respondent, *v.* ORANGE SOPER, Appellant.

*Tyler* v. *Soper*, 102 App. Div. 620, affirmed.
(Argued April 3, 1906; decided April 17, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 13, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*E. C. Emerson* and *Fred A. Baldwin* for appellant.

*Arthur L. Chapman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Absent: O'BRIEN and HISCOCK, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY J. BEBRO, Appellant, *v.* GEORGE BOND, Respondent.

*People ex rel. Bebro* v. *Bond*, 110 App. Div. 921, appeal dismissed.
(Argued April 16, 1906; decided April 17, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1905, which modified and affirmed as modified an order of Special Term dismissing a writ of habeas corpus.

The motion was made upon the grounds that no questions of law are involved; that the order of the Appellate Division was discretionary and, therefore, not reviewable; and that no substantial rights are involved, the person named in the writ of habeas corpus being no longer in custody.

*Charles C. Lockwood* for motion.

*Louis Boehm* opposed.

Motion granted and appeal dismissed, without costs.